**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **GREGORY JACKSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:04-CV-401 (WDO) |
| | : | |
| **TYDUS MEADOWS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation to dismiss the GDOC, Dr. Burnside, James Donald and Tim Jones. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

SO ORDERED this 11th day of October, 2005.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**