# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **GREGORY JACKSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **5:04-CV-401 (WDO)** |
| | : | |
| **TYDUS MEADOWS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

This Court previously adopted a Report and Recommendation to dismiss several of the Defendants in this case. At the time, Plaintiff had not filed an objection to the Recommendation. Plaintiff thereafter filed the instant motion for an extension of time in which to file said objection. Having reviewed Plaintiff's motion, it appears that Plaintiff has still failed to set forth an appropriate claim against the now-dismissed Defendants. Plaintiff's motion for an extension of time, construed now as a motion for reconsideration, is denied. However, should discovery produce evidence indicating the dismissed Defendants should be brought back into the case, the Court will reconsider the matter at that time.

**SO ORDERED this 26th day of October, 2005.**


**S/Wilbur D. Owens, Jr.**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**