IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **GREGORY JACKSON,** | : |
| **Plaintiff** | : |
| v. | : 5:04-CV-401 (WDO) |
| **TYDUS MEADOWS, et al.,** | : |
| **Defendants** | : |

## ORDER

Having carefully considered the Report and Recommendation to dismiss this case, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

SO ORDERED this 13th day of December, 2005.

**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**